SUSAN HEANEY HILDEN, ESQ., Bar # 5358
LITTLER MENDELSON, P.C.
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
Telephone:   775.348.4888
Fax No.:       775.786.0127

Attorneys for Defendant
INTERSTATE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIA HERRERA,<br><br>           Plaintiff,<br><br>vs.<br><br>INTERSTATE MTG. CO., LLC d/b/a RENAISSANCE LAS VEGAS, a foreign Limited-Liability Company<br><br>           Defendant. | Case No. 2:13-cv-02337-JAD-CWH<br><br>**REQUEST FOR TELEPHONIC APPEARANCE OF DEFENDANT'S REPRESENTATIVE AT EARLY NEUTRAL EVALUATION SESSION WITH MAGISTRATE FERENBACH ON JULY 24, 2014** |

Defendant Interstate Management Company, LLC ("Defendant"), by and through its counsel of record, Littler Mendelson, P.C., hereby submits this request to allow Defendant's representative, Monica Leon, to appear telephonically at the Early Neutral Evaluation ("ENE") session.

Pursuant to the Order Scheduling Early Neutral Evaluation Session (Dkt. #11), this case has been referred to the Honorable Cam Ferenbach, United States Magistrate Judge, to conduct an ("ENE") hearing in Las Vegas, Nevada on July 24, 2014, at 10:00 a.m.  The scheduling order requires the presence of a company representative with binding authority to settle this matter up to the full amount of the Plaintiff's claim. The Renaissance Las Vegas was sold in April 2014, and Defendant is no longer the employer of individuals working at that property, and there is no local representative who can attend.  Defendant's

Firmwide:127441769.1 019369.1199

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

1  representative is Corporate Counsel Monica Leon, who resides in Virginia.  Ms. Leon is
2  prepared to fully and actively participate in the ENE and will have binding authority to
3  settle the matter.  Ms. Leon, however, would like to attend the ENE telephonically, rather
4  than in person.  Counsel for Plaintiff has agreed that Ms. Leon's telephone attendance is
5  acceptable to Plaintiff.
6        Accordingly, Defendant respectfully requests that an Order be issued granting
7  permission for Defendant's company representative to attend the ENE session by telephone
8  on July 24, 2014.
9  Dated:  June 12, 2014

                                    /s/
                            SUSAN HEANEY HILDEN, ESQ.
                            LITTLER MENDELSON, P.C.

                            Attorneys for Defendant
                            INTERSTATE MANAGEMENT COMPANY, LLC

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:     6-13-2014

2.

Firmwide:127441769.1 019369.1199